DAVID SENICK                           UNITED STATES DISTRICT COURT
1637 SUGAR LANE                        MIDDLE DISTRICT OF PENNSYLVANIA
KUNKLETOWN PA. 18058                   CIVIL ACTION
   PLAINTIFF

     V.                           CASE NUMBER: 3:21cv1439

NEWREZ LLC DBA
SHELLPOINT MORTGAGE SERVICES           NOTICE OF REMOVAL FROM
5225 CROOKS ROAD                       DISTRICT COURT 43-3-04 OF
TROY MICHIGAN 48098-2823               MONROE COUNTY
   DEFENDANT

## PLAINTIFFS NOTICE OF REMOVAL

PLAINTIFF, DAVID SENICK BY AND THROUGH HIMSELF PRO-SE HEREBY GIVES NOTICE OF REMOVAL OF THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, PURSUANT TO 28 U.S.C. §§ 1331 AND 1441(a). AS STATED BELOW, PLAINTIFF ASSERTS CLAIMS UNDER FEDERAL LAW, ALONG WITH OTHER CLAIMS. SUCH AS THE TELEPHONE CONSUMER PROTECTION ACT (TCPA), 47 U.S.C. § 227, AND THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA) 15 U.S.C. §§ 1692, et seq. THEREFORE, FEDERAL QUESTION JURISDICTION EXISTS HERE.

## BACKGROUND

1. PLAINTIFF, DAVID SENICK FILED A COMPLAINT AT THE DISTRICT COURT 43-3-04 HONORABLE COLLEEN MANCUSO, ROUTE 209-SUITE 101 P.O. BOX 218, BROADHEADSVILLE PA. 18322 ON OR ABOUT JULY 21, 2021 CASE NO. CV-247-21, AGAINST DEFENDANT NEWREZ LLC SHELLPOINT MORTGAGE SERVICES 5225 CROOKS RD TROY MICHIGAN 48098-2823

A TRUE AND CORRECT COPY OF THE COMPLAINT IS ATTACHED HERETO AS <u>EXHIBIT A</u> AND INCORPORATED HEREIN BY REFERENCE.

2. IN THE COMPLAINT, PLAINTIFF ASSERTS CLAIMS FOR VIOLATIONS OF THE TCPA AND FDCPA, AS WELL AS FOR BREACH OF CONTRACT.

3. DEFENDANT HAS BEEN PROPERLY SERVED BY THE DISTRICT COURT, ON OR ABOUT AUGUST 3, 2021. A TRUE AND CORRECT COPY OF CERTIFIED MAILING IS ATTACHED HERETO AS <u>EXHIBIT B</u>.

## JURISDICTIONAL BASIS FOR REMOVAL

4. PLAINTIFF, ASSERTS THAT SHELLPOINTS CONDUCT VIOLATED FEDERAL LAW — THE TCPA, 47 U.S.C. § 227 AND THE FDCPA, 15 U.S.C. §§ 1692, et seq. SEE GENERALLY COMPL.

5. THEREFORE, THIS ACTION IS REMOVABLE TO THIS COURT PURSUANT TO 28 U.S.C. § 1441(A) BECAUSE CLAIMS ASSERTED BY PLAINTIFF ARISE UNDER THE LAWS OF THE UNITED STATES, AND SUCH CLAIMS ARE WITHIN THE ORIGINAL JURISDICTION OF THIS COURT UNDER 28 U.S.C. § 1331.

6. ADDITIONALLY, THE COURT HAS SUPPLEMENTAL JURISDICTION OVER ANY STATE LAW CLAIMS, TO THE EXTENT ANY SUCH CLAIM EXISTS. 28 U.S.C. § 1367.

## VENUE

7. VENUE IS PROPER IN THIS COURT PURSUANT TO 28 U.S.C. § 1441(A) AND 1446(A) BECAUSE THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA EMBRACES THE PLACE WHERE THIS ACTION IS PENDING, MAGISTERIAL DISTRICT COURT 43-3-04 BROADHEADSVILLE PA. OF MONROE COUNTY

## TIMELINESS OF REMOVAL

8. THE COMPLAINT WAS FILED ON JULY 21, 2021

9. THE DEFENDANT HAS BEEN SERVED AS THE SAME DATE OF THIS NOTICE OF REMOVAL.

## PROCEDURAL REQUIREMENTS AND LOCAL RULES

10. THE NOTICE OF REMOVAL IS SIGNED PURSUANT TO FED. R. CIV. P. 11. SEE 28 U.S.C. § 1446(A)

11. AS REQUIRED BY 28 U.S.C. § 1446(D) COPIES OF THIS NOTICE ARE BEING SERVED ON DEFENDANT, AS WELL AS DISTRICT COURT 43-3-04.

WHEREFORE, PLAINTIFF HEREBY REMOVES THE ABOVE-CAPTIONED ACTION NOW PENDING BEFORE MAGISTERIAL DISTRICT COURT 43-3-04. TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, AND REQUEST THAT THIS COURT ASSUME FULL JURISDICTION OVER THIS CASE AS PROVIDED BY LAW.

DATED: AUGUST 16, 2021

*David Senick* PRO-SE
DAVID SENICK
1637 SUGAR LANE
KUNKLETOWN PA. 18058
610-330-9015

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON AUGUST 16, 2021, I CAUSED A COPY OF THE FOREGOING NOTICE OF REMOVAL TO BE SERVED BY CERTIFIED MAIL, AND OR PRIORTY MAIL, UPON THE FOLLOWING:

NEWREZ LLC
SHELLPOINT MORTGAGE SERVICES
5225 CROOKS ROAD
TROY MICHIGAN 48098-2823

BY DAVID SEWICK PRO-SE
1637 SUGAR LANE
KUNKLETOWN PA. 18058
610-330-9015

TO OFFICE OF THE CLERK					SENICK
UNITED STATES DISTRICT COURT				V
WILLIAM J. NEALON FEDERAL BLDG.			SHELLPOINT MORTGAGE SERVICES

DEAR PETER WELSH

    ENCLOSED IS ORIGINAL COPY OF NOTICE OF REMOVAL DATED AUGUST 16, 2021. ALSO ENCLOSED IS EXTRA COPY OF FACE PAGE AND CERTIFICATE OF SERVICE ALONG WITH SELF STAMPED ENVELOPE. PLEASE TIME STAMP AND RETURN. I THANK YOU FOR YOUR VALUABLE TIME IN THIS MATTER.

    ENCLOSED IS CHECK FOR $402.00 TO COVER COSTS.

SINCERELY YOURS

*David Senick*

DAVID SENICK  610-330-9015
1637 SUGAR LANE
KUNKLETOWN PA. 18058

DATED: AUGUST 16, 2021

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

# PRIORITY MAIL

UNITED STATES POSTAL SERVICE®

US POSTAGE AND FEES PAID
PRIORITY MAIL
Aug 16 2021
Mailed from ZIP 18330
1 lb PM Zone 1

11621172
Commercial Plus Pricing  062S0011714858

PRIORITY MAIL 2-DAY

RECEIVED
SCRANTON
AUG 19 2021
PER _____
DEPUTY CLERK

0005

David Senik
1637 SUGAR LN
KUNKLETOWN PA 18058-7966

SHIP TO:
US District Court
Office Of The Clerk Middle Dist
235 N WASHINGTON AVE
PO BOX 1148
SCRANTON PA 18501-5001



USPS TRACKING #

9405 5118 9956 1453 6853 56

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

[ ] DATE OF DELIVERY SPECIFIED*
[ ] USPS TRACKING™ INCLUDED*
[ ] INSURANCE INCLUDED*
[ ] PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP14F July 2013
OD: 12.5 x 9.5