EXHIBIT A

REC. 7-24-21

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONROE



# Civil Action Hearing Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-43-3-04 |
| MDJ Name: | Honorable Colleen Mancuso |
| Address: | 1479 Route 209, Suite 101<br>PO Box 218<br>Brodheadsville, PA 18322 |
| Telephone: | 570-992-4919 |

David Senick
v.
Newrez Shellpoint Mortgage Servicing

David Senick
1637 Sugar Lane
Kunkletown, PA 18058

Docket No: MJ-43304-CV-0000247-2021
Case Filed: 7/21/2021

Your Role: Plaintiff

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing has been scheduled to be held on/at:

| | | | |
|---|---|---|---|
| Date: **Wednesday, September 8, 2021** | | Place: | Magisterial District Court 43-3-04, Brodheadsville<br>1479 Route 209, Suite 101<br>PO Box 218<br>Brodheadsville, PA 18322<br>570-992-4919 |
| Time: **9:00 AM** | | | |

## Notice To Defendant

**If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.**

**You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.C.P.M.D.J. No. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

## Notice To Plaintiff

Pursuant to Pa.R.C.P.M.D.J. No. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.**



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONROE



# CIVIL COMPLAINT

| Mag. Dist. No: | MDJ-43-3-04 |
|---|---|
| MDJ Name: | Honorable Colleen Mancuso |
| Address: | 1479 Route 209<br>Suite 101<br>PO Box 218<br>Brodheadsville, PA 18322 |
| Telephone: | 570-992-4919 |

PLAINTIFF:  NAME and ADDRESS
DAVID SENICK   610-330-9015
1637 SUGAR LANE
KUNKLETOWN PA. 18058

v.

DEFENDANT:  NAME and ADDRESS
NEWREZ   866-825-2174
SHELLPOINT MORTGAGE SERVICING
5225 CROOKS ROAD
TROY, MICHIGAN 48098-2833

Docket No: CV-247-21
Case Filed: 7/21/21

|  | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 133.75 | 7/21/21 |
| POSTAGE | $ 9.00 | 7/21/21 |
| SERVICE COSTS | $ | / / |
| CONSTABLE ED. | $ | / / |
| TOTAL | $ | / / |

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

To The Defendant: The above named plaintiff(s) asks judgment against you for $ 4,000.00 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

THIS LAWSUIT IS AGAINST NEWREZ-SHELLPOINT MORTGAGE SERVICES, 5225 CROOKS RD, TROY MICHIGAN 48098-2833 FOR BREACH OF CONTRACT OR AGREEMENT. PLAINTIFF HAS MADE ALL PAYMENTS ON LOAN NUMBER 0578550402 ON TIME. DEFENDANT CONTINUES TO CASH PLAINTIFFS CHECKS, THEY ENRICH THEIR OWN COFFERS RATHER THEN APPLY TO ANY BALANCE. THERE ALSO IS THE MATTER OF VIOLATION OF TCPA AND FDCPA LAWS WHICH WILL BE ADDRESSED AT THE UNITED STATES DISTRICT COURT. IF PLAINTIFF HAS ATTORNEY HE WILL ALSO SEEKS ATTORNEY FEES.

I, DAVID SENICK verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

David Senick
(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1

---

If you intend to enter a defense to this complaint, you should notify this office immediately at the above telephone number. You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 308A-BL
Printed: 05/07/2019 11:28:11AM

1

FREE INTERPRETER
www.pacourts.us/language-rights
570-517-3009

142.75

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF MONROE**



# CIVIL COMPLAINT

| Mag. Dist. No: | MDJ-43-3-04 |
|---|---|
| MDJ Name: | Honorable Colleen Mancuso |
| Address: | Route 209 & Shafer Dr. PO Box 218 Brodheadsville, PA 18322 |
| Telephone: | 570-992-4919 |

**PLAINTIFF:** NAME and ADDRESS
DAVID SENICK   610-330-9015
1637 SUGAR LANE
KUNKLETOWN PA. 18058

**DEFENDANT:**   v.   NAME and ADDRESS
NEWREZ LLC   866-825-2174
SHELLPOINT MORTGAGE SERVICES
5225 CROOKS ROAD
TROY MICHIGAN 48098-2823

Docket No:
Case Filed:

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ | / / |
| POSTAGE | $ | / / |
| SERVICE COSTS | $ | / / |
| CONSTABLE ED. | $ | / / |
| TOTAL | $ | / / |

Social Security Numbers and financial information (e.g. PINs) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 – 213.7.

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

To The Defendant: The above named plaintiff(s) asks judgment against you for $ 12,000.00 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

THIS LAWSUIT IS AGAINST DEFENDANT FOR BREACH OF CONTRACT, VIOLATION OF THE TCPA 47 U.S.C.§ 227 ACT AND FDCPA 15 U.S. §§ 1692 ACT, THEFT OF INS MONEY, AND EMOTIONAL DISTRESS. PLAINTIFF HAS PAID HIS MORTGAGE ON TIME SINCE NOV. OF 2014. DUE TO LOSS OF INCOME BROUGHT ON BY COVID 19 PLAINTIFF WAS GRANTED A HARDSHIP. PLAINTIFF WAS ONLY BEHIND 1 PAYMENT OF 25 DAYS. PLAINTIFF REQUESTED PAYMENT BE ADDED ON TALE END OF MORTGAGE. WITH IN SEVERAL MONTHS HARDSHIP WAS OVER. AGREEMENT WA MADE VERBALLY AND SIGNED CONTRACT. NEWREZ AND CONTRACT STATED 2 MONTHS OF PAYMENTS WOULD BE ADDED END OF LOAN. PLAINTIFF HAS MADE EVERY PAYMENT ON TIME AND SENT ENOUGH EXTRA MONEY WHICH IS IN ESKROW. TO COVER THE 2 MONTHS OF PAYMENTS. NOW NEWREZ IS THREATENING FORECLOSURE, LATE FEES, DAMAGE TO CREDIT, ETC. NEWREZ REFUSED TO RESPOND TO PHONE CALLS AND LETTER AFTER LETTER AFTER LETTER PLAINTIFF CANNOT SLEEP AT NIGHT AS HE CURRENTLY IS NOT BEHIND AND REALLY NEVER WAS. AS ESKROW ACCOUNT EXCEEDS ANY BALANCE THAT MAY BE DUE

I, DAVID SENICK verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

David Senick   7/21/21
(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1

---

If you intend to enter a defense to this complaint, you should notify this office immediately at the above telephone number. You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MDJS 308A-BL   2   Printed: 08/26/2016 1:39:18PM



...F PENNSYLVANIA
...ROE

# RECEIPT

| | |
|---|---|
| MDJ-43-3-04 | |
| Honorable Colleen Mancuso | |
| 1479 Route 209, Suite 101 | |
| PO Box 218 | |
| Brodheadsville, PA  18322 | |
| Telephone: 570-992-4919 | |

**Receipt Number:** 43304-2021-R0002968
**Recorded Date:** 07/21/2021  3:28:11PM
**Receipt Date:** 07/21/2021
**Manual Receipt No:**

Payor:  David Senick
1637 Sugar Lane
Kunkletown, PA  18058

**Payment Source:** Mail

| Payment Date | Payment Method | Check / Money Order Number | Bank Transit Number | Void | Payment Amount |
|---|---|---|---|---|---|
| 7/21/2021 | Check | 574 | | No | $142.75 |

**Items Receipted:**

**Responsible Participant:** Senick, David

**Docket Number:** MJ-43304-CV-0000247-2021    Senick, David  v.  Newrez Shellpoint Mortgage Servicing
**Complaint/Citation Number:**                        **Lead Offense:**

| | Original Assessment | Beginning Balance | Transaction Type | Amount Paid | Ending Balance |
|---|---|---|---|---|---|
| ATJ - Case | $6.00 | $6.00 | Payment | ($6.00) | $0.00 |
| Civil Filing - Commonwealth Cost - HB627 (Act 167 of 1992) | $37.40 | $37.40 | Payment | ($37.40) | $0.00 |
| Civil Filing - State Court Costs (Act 204 of 1976) | $18.70 | $18.70 | Payment | ($18.70) | $0.00 |
| CJES - Case | $2.50 | $2.50 | Payment | ($2.50) | $0.00 |
| Filing Fee (Civil) | $37.40 | $37.40 | Payment | ($37.40) | $0.00 |
| JCPS - Case | $21.25 | $21.25 | Payment | ($21.25) | $0.00 |
| Judicial Computer Project - Case | $8.00 | $8.00 | Payment | ($8.00) | $0.00 |
| OAG - JCP - Case | $2.50 | $2.50 | Payment | ($2.50) | $0.00 |
| Postage - Case | $9.00 | $9.00 | Payment | ($9.00) | $0.00 |
| **TOTALS** | **$142.75** | **$142.75** | | **($142.75)** | **$0.00** |

Total amount owed by responsible participant on this case:    $0.00
Total amount owed by responsible participant on all non-archived cases in this Court for Participant Account No: 2015-0480309    $0.00

**Payment Summary:**

| | |
|---|---|
| Total Payment Received: | $142.75 |
| Change Amount: | $0.00 |
| Retained Unapplied Amount: | $0.00 |
| Payments Less Change: | $142.75 |

**Comments:**  Thank-you
                       Candace

## RETAIN THIS RECEIPT FOR YOUR RECORDS

You can make case payments online through Pennsylvania's Unified Judicial System web portal.  Visit the portal at
https://ujsportal.pacourts.us/epay to make a payment.

MDJS 120
Printed: 07/21/2021  3:28:12PM

-1-



FREE INTERPRETER
www.pacourts.us/language-rights
570-517-3009