THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID SENICK,

    Plaintiff,

v.

NEWREZ LLC, SHELLPOINT
MORTGAGE SERVICING,

    Defendant.

3:21-CV-1439

(JUDGE MARIANI)

(Magistrate Judge Schwab)

## ORDER

AND NOW, THIS 27th DAY OF JANUARY, 2022, upon consideration of Plaintiff's "Motion to Dismiss Complaint" (Doc. 25) informing the Court that the parties have resolved the above-captioned action, which the Court construes as a motion filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED THAT** this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge

FILED
SCRANTON

JAN 2 7 2022

Per_____
DEPUTY CLERK